IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-00044-WYD-CBS

COLLEEN KILBREATH,

    Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on defendant, Allied Property and Casualty Insurance Company's, Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) [ECF No. 17].  On Wednesday, August 14, 2013, I held a Motions Hearing regarding Allied's motion [ECF No. 17] and heard arguments from both parties.  For the reasons stated from the bench at the hearing, it is

    ORDERED that Allied Property and Casualty Insurance Company's, Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) [ECF No. 17] is **DENIED**.

    Dated:  August 14, 2013.

                                BY THE COURT:

                                <u>/s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                Senior U. S. District Judge